UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGEL ADRIAN BRIBIESCA,<br><br>  Defendant. | Case No. 5:24-cr-00060-KK<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

   The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

   A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: <u>nature of current allegations, including illegal drug use, failure to notify probation of a change in address, congregating in known gang areas, and failure to report law enforcement contact; prior violations of conditions of supervision; prior criminal history.</u>

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including illegal drug use, failure to notify probation of a change in address, congregating in known gang areas, and failure to report law enforcement contact; prior violations of conditions of supervision; prior criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 7-16-25

JOHN D. EARLY
United States Magistrate Judge

2